UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  16-13917 |
| Michael C. Hammer, | ) | |
| | ) | Chapter:  7 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

**Order Awarding Final Compensation and Expense Reimbursement to Trustee**

   This matter coming to be heard on the Application for Allowance and Payment of Final Compensation and Expense Reimbursement of Elizabeth C. Berg, as Trustee; due and proper notice having been given; and the Court being fully advised in these premises;

  IT IS HEREBY ORDERED that Elizabeth C. Berg, Trustee (the "Trustee"), is awarded final compensation in the amount of $4,079.48 and expense reimbursement in the amount of $68.94.

  IT IS FURTHER ORDERED that Trustee is authorized to pay the amounts awarded from the funds on hand in the estate as part of her final distribution in this case.

Enter:  *Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  May 12, 2017

**Prepared by:**

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark Street, Suite 200
Chicago, Illinois   60602
(312) 726-8150