UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
HAMMER, MICHAEL CHRISTOPHER § Case No. 16-13917
§
Debtor(s) §
§

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Elizabeth C Berg, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $15,100.00 (Without deducting any secured claims) | Assets Exempt: $44,000.00 |
| Total Distributions to Claimants: $23,802.33 | Claims Discharged Without Payment: $16,607.51 |
| Total Expenses of Administration: $9,492.42 | |

   3) Total gross receipts of $37,294.75 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $4,000.00 (see **Exhibit 2**), yielded net receipts of $33,294.75 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $14,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $9,492.42 | $9,492.42 | $9,492.42 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $11,200.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $39,226.20 | $28,077.64 | $28,077.64 | $23,802.33 |
| **TOTAL DISBURSEMENTS** | $64,426.20 | $37,570.06 | $37,570.06 | $33,294.75 |

4) This case was originally filed under chapter 7 on 04/24/2016. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated : 06/02/2017         By : /s/ Elizabeth C Berg
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Stock--United Parcel Service | 1129-000 | $37,294.75 |
| **TOTAL GROSS RECEIPTS** | | **$37,294.75** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Michael C Hammer | | 8100-002 | $4,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$4,000.00** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial | | $14,000.00 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | **$14,000.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Baldi Berg, Ltd. | 3110-000 | NA | $4,244.50 | $4,244.50 | $4,244.50 |
| Popowcer Katten, Ltd. | 3410-000 | NA | $969.00 | $969.00 | $969.00 |
| Elizabeth C. Berg, Trustee | 2100-000 | NA | $4,079.48 | $4,079.48 | $4,079.48 |
| Elizabeth C. Berg, Trustee | 2200-000 | NA | $68.94 | $68.94 | $68.94 |
| Illinois Department of Revenue | 2820-000 | NA | $99.00 | $99.00 | $99.00 |
| Texas Capital Bank | 2600-000 | NA | $31.50 | $31.50 | $31.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$9,492.42** | **$9,492.42** | **$9,492.42** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ashley Ramirez | | $11,200.00 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $11,200.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00005 | SPRINGLEAF FINANCIAL | 7100-000 | NA | $1,057.36 | $1,057.36 | $896.35 |
| 00004 | SPRINGLEAF FINANCIAL | 7100-000 | $7,000.00 | $6,001.38 | $6,001.38 | $5,087.57 |
| 00003 | Asset Acceptance LLC | 7100-000 | NA | $949.01 | $949.01 | $804.51 |
| 00002 | Navient Solutions Inc. | 7100-000 | $16,894.00 | $16,869.12 | $16,869.12 | $14,300.50 |
| 00001 | Armelinda DeBolt, as Trustee c/o | 7100-000 | $3,000.00 | $3,200.77 | $3,200.77 | $2,713.40 |
| | Arnold S. Harris (Kane County | | $187.00 | NA | NA | $0.00 |
| | ATT c/o Enhanced Recovery | | $71.00 | NA | NA | $0.00 |
| | ATT UVerse c/o IC Systems | | $1,500.00 | NA | NA | $0.00 |
| | Blackhawk Apts. c/o Fair | | $5,500.00 | NA | NA | $0.00 |
| | Cadence Health | | $2,746.00 | NA | NA | $0.00 |
| | Center for Adult Healthcare | | $122.00 | NA | NA | $0.00 |
| | Central DuPage Hospital Dr. | | $620.00 | NA | NA | $0.00 |
| | Comcast c/o Convergent | | $247.00 | NA | NA | $0.00 |
| | Dental Works | | $234.20 | NA | NA | $0.00 |
| | Greater Elgin Emergency c/o CCB | | $171.00 | NA | NA | $0.00 |
| | HRRG & Midwest Emergency | | $301.00 | NA | NA | $0.00 |

Case 16-13917    Doc 40    Filed 06/14/17    Entered 06/14/17 15:18:23    Desc Main
Document      Page 5 of 10

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northwest Suburban Foot & | | $255.00 | NA | NA | $0.00 |
| | Professional Acct. Management | | $80.00 | NA | NA | $0.00 |
| | Radiological Consultants of | | $154.00 | NA | NA | $0.00 |
| | Winfield Radiology Consultants | | $144.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $39,226.20 | $28,077.64 | $28,077.64 | $23,802.33 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 16-13917 | Judge: | Janet S. Baer | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|---|
| Case Name: | HAMMER, MICHAEL CHRISTOPHER | | | Date Filed (f) or Converted (c): | 04/24/2016 (f) |
| | | | | 341(a) Meeting Date: | 05/16/2016 |
| For Period Ending: | 06/02/2017 | | | Claims Bar Date: | 10/20/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. 2010 Dodge Nitro - 97000 miles | 15,000.00 | 0.00 | | 0.00 | FA |
| 2. Miscellaneous clothing | 0.00 | 0.00 | | 0.00 | FA |
| 3. Citibank checking account | 100.00 | 100.00 | | 0.00 | FA |
| 4. Stock--United Parcel Service | 7,000.00 | 27,020.03 | | 37,294.75 | FA |
| 5. 401k - Mellon Bank | 40,000.00 | 0.00 | | 0.00 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 62,100.00 | 27,120.03 | | 37,294.75 | 0.00 |

Re Prop. #4   Stock represented options and management incentives given to Debtor as an employee of UPS.  Trustee investigated the Estate's interest in the stock and determined that all of the shares was fully vested by the Debtor and property of the Estate as of the commencement of this case.  Trustee directed a turnover of the proceeds of the UPS stock account and liquidated the shares.

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**February 23, 2017:  Trustee reviewed claims.  Trustee oversaw the preparation of Estate tax returns.  Trustee prepared her TFR.**

**October 16, 2016:  Trustee investigated the Debtor's interest in UPS stock and stock options.  Debtor was a long-time employee of UPS.  Debtor turned over a recent account statement which indicated approximately 340 shares worth $31,000.00.  Trustee investigated the Debtor's interest in the stock as of the commencement of the case including what portion, if any, was vested, not-vested and hypothecated (i.e. pledged as collateral).  Trustee also determined that a portion of the Debtor's claimed exemption (totaling $6,400.00) in the stock was not valid and pursuant to this Court's order dated 7/28/16 [dkt. 23] the portion of the Debtor's claimed exemption in the amount of $2,400.00 was disallowed.  After Trustee conducted a complete investigation into the ownership of the UPS stock, Trustee determined that all of the 340.8795 shares of UPS stock were fully vested in the Debtor and property of the Estate as of the commencement of the case.   Thereafter, Trustee directed Computershare which held the UPS stock as agent to liquidate and turnover the full value of the shares to the Trustee.  Trustee is in the process of reviewing claims, analyzing Estate tax matters.  Upon completion of those matters, Trustee will prepare to close the case.**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 16-13917 | Judge: | Janet S. Baer | Trustee Name: | Elizabeth C Berg |
| Case Name: | HAMMER, MICHAEL CHRISTOPHER | | | Date Filed (f) or Converted (c): | 04/24/2016 (f) |
| | | | | 341(a) Meeting Date: | 05/16/2016 |
| For Period Ending: | 06/02/2017 | | | Claims Bar Date: | 10/20/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 06/30/2017     **Current Projected Date of Final Report(TFR) :** 03/30/2017

**Trustee's Signature**    /s/Elizabeth C Berg     **Date:** 06/02/2017
Elizabeth C Berg
20 N. Clark St., Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 16-13917 | Trustee Name: Elizabeth C Berg |
| Case Name: HAMMER, MICHAEL CHRISTOPHER | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******5195 Checking Account |
| Taxpayer ID No: **-***7389 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 6/2/2017 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/12/2016 | [4] | United Parcel Service (UPS) c/o Computershare, Inc. 250 Royall Street Canton, MA 02021 | Turnover of stock account 340 shares--wired from Computershare agent for UPS | 1129-000 | 37,198.37 | | 37,198.37 |
| 09/15/2016 | [4] | UPS c/o Computershare, Inc. 250 Royall Street Canton, MA 02021 | Turnover of the balance of Stock Account - .8795 Shares | 1129-000 | 96.38 | | 37,294.75 |
| 09/15/2016 | 51001 | Michael C Hammer 613 Pearl Street Maple Park, IL 60151 | Debtor's Exemption in UPS Stock Options (amount allowed per order 7/22/16 [dkt 23]) | 8100-002 | | 4,000.00 | 33,294.75 |
| 10/03/2016 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 31.50 | 33,263.25 |
| 12/13/2016 | 51002 | Illinois Department of Revenue P.O. Box 19053 Springfield, IL 62794-9053 | State Tax Due for the Estate of Michael C. Hammer, Debtor FEIN: 81-6747389 | 2820-000 | | 99.00 | 33,164.25 |
| 05/16/2017 | 51003 | Elizabeth C. Berg, Trustee 20 N. Clark Street Suite 200 Chicago, IL 60602 | | 2100-000 | | 4,079.48 | 29,084.77 |
| | | | | Page Subtotals | 37,294.75 | 8,209.98 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-13917 | | Trustee Name: | Elizabeth C Berg |
| Case Name: | HAMMER, MICHAEL CHRISTOPHER | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5195 Checking Account |
| Taxpayer ID No: | **-***7389 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 6/2/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/16/2017 | 51004 | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | | 2200-000 | | 68.94 | 29,015.83 |
| 05/16/2017 | 51005 | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | | 3110-000 | | 4,244.50 | 24,771.33 |
| 05/16/2017 | 51006 | Popowcer Katten, Ltd.<br>35 E Wacker Dr<br>Suite 1550<br>Chicago, IL 60601 | | 3410-000 | | 969.00 | 23,802.33 |
| 05/16/2017 | 51007 | Armelinda DeBolt, as Trustee c/o Dreyer, Foote, Streit, Furgason & Slocum<br>1999 W Downer Pl<br>Aurora, IL 60506 | Disb of 84.77% to Claim #00001 | 7100-000 | | 2,713.40 | 21,088.93 |
| 05/16/2017 | 51008 | Navient Solutions Inc.<br>220 Lasley Ave<br>Hanover Township, PA 18706 | Disb of 84.77% to Claim #00002 | 7100-000 | | 14,300.50 | 6,788.43 |
| 05/16/2017 | 51009 | Asset Acceptance LLC<br>P O Box 2036<br>Warren, MI 48090 | Disb of 84.77% to Claim #00003 | 7100-000 | | 804.51 | 5,983.92 |
| 05/16/2017 | 51010 | SPRINGLEAF FINANCIAL SERVICES<br>PO BOX 3251<br>Evansville , IN 47731 | Disb of 84.77% to Claim #00004 | 7100-000 | | 5,087.57 | 896.35 |
| | | | | Page Subtotals | 0.00 | 28,188.42 | |

UST Form 101-7-TDR (10/1/2010) (Page 9)     **Exhibit 9**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-13917 | | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|
| Case Name: | HAMMER, MICHAEL CHRISTOPHER | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5195 Checking Account |
| Taxpayer ID No: | **-***7389 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 6/2/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/16/2017 | 51011 | SPRINGLEAF FINANCIAL SERVICES<br>PO BOX 3251<br>Evansville , IN 47731 | Disb of 84.77% to Claim #00005 | 7100-000 | | 896.35 | 0.00 |

| | | Page Subtotals | 0.00 | 896.35 |
|---|---|---|---|---|
| | | **COLUMN TOTALS** | 37,294.75 | 37,294.75 |
| | | Less:Bank Transfer/CD's | 0.00 | 0.00 |
| | | **SUBTOTALS** | 37,294.75 | 37,294.75 |
| | | Less: Payments to Debtors | | 4,000.00 |
| | | **Net** | 37,294.75 | 33,294.75 |

| | | **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
|---|---|---|---|---|---|
| All Accounts Gross Receipts: | 37,294.75 | | | | |
| All Accounts Gross Disbursements: | 37,294.75 | ******5195 Checking Account | 37,294.75 | 37,294.75 | |
| All Accounts Net: | 0.00 | **Net Totals** | 37,294.75 | 37,294.75 | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page 10)  Exhibit 9